DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

OLUFEMI OLADAPO ADEMOYE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0944

_____

October 17, 2025

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Olivia M. Goodman of O'Brien Hatfield, P.A., Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tayna Alexander, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.